DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH DIEUVIL,**
Appellant,

v.

**GAVIN D. CADDY,** et al.,
Appellees.

No. 4D22-704

[March 30, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-18-026967(14).

Scott M. Behren of the Behren Law Firm, Weston, for appellant.

Nicholas M. Vicente of Marcus Law Center, LLC, Coral Gables, and Bryce Gilbert of Gilbert Law Group, P.A., Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*